# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-529

**Effective Date of Registration:**
December 10, 2024
**Registration Decision Date:**
January 24, 2025

## Title
___

Title of Work: Honey Bee

## Completion/Publication
___

Year of Completion: 2012
Date of 1st Publication: April 20, 2012
Nation of 1st Publication: United States

## Author
___

- Author: George Howard Nixon Jr.
  Pseudonym: Sunny SolWind
  Author Created: 2-D artwork
  Citizen of: United States
  Pseudonymous: Yes

## Copyright Claimant
___

Copyright Claimant: George Howard Nixon Jr.
13150 Nebraska Way, Yucaipa, CA, 92399, United States

## Rights and Permissions
___

Name: George Howard Nixon Jr.
Email: solwind1008@gmail.com
Address: 13150 Nebraska Way
Yucaipa, CA 92399 United States

## Certification
___

Name: David Denholm

Page 1 of 2

